UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHACKNER LANZA | CIVIL ACTION NO. 16-0769-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAYOU DORCHEAT CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE